**JESSE K. WHITTEN, Esq.**, SBN 232168
CAMPBELL WHITTEN, PLC
1712 19th St, Ste. 101
Bakersfield, CA 93301
(661) 334-3000 (phone)
(661) 852-0760 (fax)
jesse@campbellwhitten.com

Attorney for SCOTT H. NIX

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

### BAKERSFIELD DIVISION

UNITED STATES OF AMERICA

                    Plaintiff,

          vs.

SCOTT H. NIX

                    Defendant,

Case No. 5:23-po-00276-CDB
**CITATION NO:**  E1037673 - CA71

**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE**

[Federal Rule 43(b)2]

**DATE:**   September 05, 2023
**Time:**   9:00 a.m.
**DIV:**

The undersigned defendant, having been advised of his rights to be present at all stages of the proceedings, including all motions, legal arguments and trial, and having been advised of his right to be confronted by and cross-examine witnesses, hereby waives the right to be present at any and all proceedings herein stated.

The undersigned hereby requests the court to proceed during every absence of defendant, and hereby agrees that defendant's interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant was personally present in court.

Defendant further agrees that notice to defendant's attorney that defendant's presence in court on a particular day at a particular time is required, shall be deemed notice to defendant of said requirement for her appearance at said time and place.

Defendant further agrees and expressly permits defendant's attorney to enter a plea of not guilty, guilty, or no contest to the charges. And further waives defendant's presence at sentencing, agreeing that notice to defendant's attorney of the sentence in this case will be notice

1   to defendant. If probation is granted, defendant hereby agrees to accept and follow all terms

2   and conditions of said probation, and/or all other lawful orders of the court regarding sentencing

3   in this matter.

4       Defendant expressly warrants by signing this document that he does not live in the city of

5   Bakersfield, and it would be a financial hardship for him to be present for each hearing and in

6   the interests of justice requests that his presence not be required.

7

8   Date: _Sep 1, 2023_____

9   _Scott Nix_____
    Scott H. Nix (Sep 1, 2023 18:45 MDT)

10  Scott H. Nix

11  429 Soaring Pines Trail

    Street Address

12  Kalispell, MT. 59901

13  City, State, Zip

14

15  Date: _9-5-23_____

16

17

18  JESSE K. WHITTEN
    Attorney for Defendant Scott H. Nix

19

20                      **ORDER**

21      GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's appearance

22  may be waived for all appearances except initial appearance, change of plea, bench trial

23  and/or sentencing.

24  ///

25  ///

26

27

WAIVER OF PERSONAL APPEARANCE

1    Defendant Scott N. Nix is authorized to appear remotely for the initial appearance hearing on

2  October 3, 2023, at 10:00 AM (PST), only from the United States District Court, District of Montana.

3  Counsel is directed to contact and coordinate with Courtroom Deputy Susan Hall to make

4  arrangements for Defendant's appearance in the District of Montana.

5    IT IS SO ORDERED.

6

7   Dated:.  September 8, 2023

8                                                          _____

9                                                          Christopher D. Baker, U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1